**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos ORTIZ–HERNANDEZ, also known as Carlos Ortiz–Vaca, also known as Junior Rudolfo Colunga, also known as Hipolito Carreon Ortiz, Defendant–Appellant.**

No. 04–50624.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Joseph H Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

---

268

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Ortiz–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

